UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 06 B 03517
    NATHANIEL ANDERSON
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-9712
```

```
-------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------
      The case was filed on 04/03/2006 and was confirmed 06/05/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was paid in full 07/09/2008.
-------------------------------------------------------------------------
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WACHOVIA MORTGAGE CO | CURRENT MORTG | .00 | .00 | .00 |
| HOUSEHOLD FINANCE CORP | CURRENT MORTG | .00 | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL CITY BANK | UNSECURED | NOT FILED | .00 | .00 |
| SRA ASSOCIATES | NOTICE ONLY | NOT FILED | .00 | .00 |
| WACHOVIA | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 1231.55 | .00 | 1231.55 |
| CITI CARD | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1847.51 | .00 | 1847.51 |
| THE GM CARD | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | 296.83 | .00 | 296.83 |
| BANK OF AMERICA | UNSECURED | .00 | .00 | .00 |
| CITI CARD | UNSECURED | NOT FILED | .00 | .00 |
| CARSON PIRIE SCOTT | FILED LATE | 363.46 | .00 | .00 |
| RONALD B LORSCH | DEBTOR ATTY | 2,798.40 | | 2,798.40 |
| TOM VAUGHN | TRUSTEE | | | 372.71 |
| DEBTOR REFUND | REFUND | | | .00 |

```
      Summary of Receipts and Disbursements:
-------------------------------------------------------------------------
```

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 6,547.00 | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | 3,375.89 |
| ADMINISTRATIVE | | 2,798.40 |
| TRUSTEE COMPENSATION | | 372.71 |
| DEBTOR REFUND | | .00 |
| | --------------- | --------------- |

TOTALS                                    6,547.00                6,547.00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 10/29/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE


                         PAGE   2
            CASE NO. 06 B 03517 NATHANIEL ANDERSON